COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-363-CV

SAMUEL MICHAEL SCHILDKRAUT
 
APPELLANT

V.

JUDGE JENNIFER RYMELL, JUDGE JEFF WALKER,         APPELLEES

SHERIFF LARRY FOWLER, WILLIAM B. SHORT, JR., 

AND SARAH BESHARA
 

 
 

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Withdrawal Above-Named Case.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

DELIVERED:  November 6, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.